# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ALEXIS GOCKLEY,**<br><br>Defendant. | 17-po-5134-JTJ<br><br>**VIOLATION: 6564139**<br><br>**Location Code: M13**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6564139 is DISMISSED.

DATED this 6th day of November, 2017.

_____
John Johnston
United States Magistrate Judge